IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

DYLAN SAMUEL SORENSON                                                                    PLAINTIFF

v.                                        Case No. 6:24-cv-6145

CAPTAIN DUSTIN BURNETT,
Hot Spring County Detention Center                                                       DEFENDANT

**ORDER**

    Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8. Judge Ford recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failing to prosecute this matter and for failing to comply with the Court's Orders. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

    Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the R&R (ECF No. 8) in toto. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 26th day of March, 2025.

    /s/ Susan O. Hickey
    Susan O. Hickey
    Chief United States District Judge